```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**JERRY HALL**                                                      **CIVIL ACTION**

**VERSUS**                                                          **NO. 05-2528**

**BURL CAIN, WARDEN**                                               **SECTION "I"(5)**

<u>ORDER</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Jerry Hall for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this ___24th___ day of August, 2007.

                                    _____
                                    LANCE M. AFRICK
                                    UNITED STATES DISTRICT JUDGE